**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Telephone: (949)706-6464
Facsimile: (949)706-6469

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINICK MARTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTAINER STORE, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  8:22-cv-00410-CJC (KESx)<br><br>**DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY**<br><br>[Memorandum of Points and Authorities filed concurrently herewith]<br><br>Date:   May 16, 2022<br>Time:  1:30 p.m.<br>Ctrm:  9B<br>Judge: Hon. Cormac J. Carney |

## DECLARATION OF SCOTT J. FERRELL

I, Scott J. Ferrell, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am counsel for Plaintiff Dominick Martin ("Plaintiff") and make this declaration in support of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Stay. I have personal knowledge of the following matters, or know them to be true based on my review of Pacific Trial Attorneys' records kept in the regular course of its business, and if called to testify concerning them, I could and would do so competently.

2. On December 17, 2021, I sent a pre-filing demand letter to Defendant The Container Store, Inc. ("Defendant") on Plaintiff's behalf via Fedex overnight delivery regarding the accessibility of Defendant's website at containerstore.com. I did not receive any response to my letter before Plaintiff's commencement of the underlying action commenced in the California Superior Court in Orange County, which was filed on February 2, 2022. Attached hereto as **Exhibit "1"** is a true and correct copy of my letter to Defendant dated December 17, 2021.

3. I have reviewed the docket sheet in *Cervantes v. The Container Store, Inc.*, No. 2:21-cv-01791-MCE-KJN (E.D. Cal. filed Sept. 29, 2021) ("*Cervantes*"). As of April 22, 2022, the most recent docket entry was item number 6, a Corporate Disclosure Statement filed on October 27, 2021, which is consistent with the docket sheet attached as Exhibit B to Defendant's Request for Judicial Notice in Support of Motion to Stay Proceedings Pending Resolution of Related Case filed on April 15, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on April 25, 2022.

/s/*Scott J. Ferrell*
Scott J. Ferrell, Esq.

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on April 25, 2022, I electronically filed the foregoing |
| 3 | **DECLARATION OF SCOTT J. FERRELL IN SUPPORT OF MEMORANDUM** |
| 4 | **OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S RESPONSE** |
| 5 | **IN OPPOSITION TO DEFENDANT'S MOTION TO STAY** with the Clerk of the |
| 6 | Court using the CM/ECF system which will send notification of such filing via electronic |
| 7 | mail to all counsel of record. |
| 8 | */s/ Scott J. Ferrell* |
| 9 | Scott J. Ferrell |