# Exhibit 1



December 17, 2021

**Via Federal Express**
The Container Store, Inc.
500 Freeport Parkway
Coppell, Texas 75019
**Attention Legal Department**

Re:   *Website Accessibility Lawsuit*

To Whom It May Concern:

This law firm has been retained by a blind consumer to file suit against you under the California Unruh Act.

In short, your website (https://www.containerstore.com/) is not fully accessible to blind users.  In lawsuits brought by this law firm, numerous California courts have ruled that disability access laws apply to commercial websites, *including online-only businesses*.[1]

Because we plan to file suit in the near future, we urge you to consult counsel about your rights in this emerging area of law.  Upon request, I will provide your counsel with a summary of the barriers documented on your website.

To request same or otherwise discuss this matter before suit is filed, your counsel should *promptly* contact me at sferrell@pacifictrialattorneys.com.

Sincerely,

Scott J. Ferrell, Esq.
*A 'Top 100' Southern California Super Lawyer*

---

[1]   *See, e.g., Licea v. Kaspersky Labs*, Case No. 20-ST-CV36486 (Los. Angeles Sup. Ct. March 4, 2021); and *Martinez v. Epic Games, Inc.*, No. 19-ST-CV41717 (Los. Angeles Sup. Ct. Aug. 12, 2020).